

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

BENJAMIN JEROME PRINCE,      §

          Appellant,      §

v.      §

     §

THE STATE OF TEXAS,      §

     §

          Appellee.      §

     §

No. 08-12-00290-CR

Appeal from the

30th District Court

of Wichita County, Texas

(TC# 52,059-A)

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 17TH DAY OF OCTOBER, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J., not participating